**Motion Granted, Appeal Dismissed and Memorandum Opinion filed March 28, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00146-CV

---

## HOUSTON METHODIST SUGAR LAND HOSPITAL, Appellant

## V.

## ROBBIN NELSON, Appellee

---

**On Appeal from the 434th District Court
Fort Bend County, Texas
Trial Court Cause No. 16-DCV-235055**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed November 28, 2023.[1]  On March 18, 2024, appellant filed a motion to dismiss this appeal.  *See* Tex. R. App. P. 42.1(a). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.

---

[1] The trial court subsequently signed a new judgment on March 12, 2024 in response to appellant's motion for judgment notwithstanding the verdict, and an appeal was taken from that judgment in cause no. 14-24-00200-CV.  That appeal remains pending and is not affected by this opinion.